# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | |
|---|---|---|
| ATLANTIC RECORDING CORP., et al. <br><br> v. <br><br> LAUREN FRANCES QUALIZZA-GRASZER | Case Number: | FILED: JULY 29, 2008 <br> 08CV4278 <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE KEYS <br> TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ATLANTIC RECORDING CORPORATION; WARNER BROS. RECORDS INC.; BMG MUSIC; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

| |
|---|
| NAME (Type or print) <br> Tia C. Ghattas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s Tia C. Ghattas |
| FIRM <br> Cozen O'Connor |
| STREET ADDRESS <br> 222 South Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER <br> 6269818                                                          (312) 382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☒     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |