AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION        APPEAL | | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois**<br>**Everett McKinley Dirksen Buildling**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |
|---|---|---|
| DOCKET NO.<br>08 cv 4278 | DATE FILED<br>July 29, 2008 | |

| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; WARNER BROS. RECORDS INC.; BMG MUSIC; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT | | DEFENDANT<br>LAUREN FRANCES QUALIZZA-GRASZER |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment    Answer    Cross Bill    Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order    Judgment | WRITTEN OPINION ATTACHED<br>Yes    No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1

# EXHIBIT A

## LAUREN FRANCES QUALIZZA-GRASZER

| | |
|---|---|
| **IP Address:** 147.126.44.219 2007-01-30 20:12:43 EST | **CASE ID#** 116557457 |
| **P2P Network:** Gnutella | **Total Audio Files:** 457 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Collective Soul | After All | Blender | 303-603 |
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| Arista Records LLC | Phil Vassar | Carlene | Phil Vassar | 284-145 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I Surrender | A New Day Has Come | 311-366 |
| BMG Music | Alabama | Born Country | Born Country | 235-743 |