IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>LAUREN FRANCES QUALIZZA-GRASZER<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08CV4278**<br><br>DECLARATION OF NON SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **LAUREN FRANCES QUALIZZA-GRASZER** at the address of: **3806 N PITTSBURGH AVE, CHICAGO, Cook County, IL 60634** and was unable to effect service for the following reasons:

**8/10/2008 8:05:00 PM: The defendants parents said the defendant is their daughter and lives away at school. They would not give out any other information and said their daughter is aware of this claim and has received letters about it.**

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **11th** day of August, 2008.

_____
Steven A Stosur, Reg. # 117-001119, IL

FOR: **COZEN O'CONNOR**　　　ORIGINAL PROOF OF　　　Tracking #: 5670836 SEA
REF: QUALIZZA-GRASZI|116557457　　SERVICE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/10/2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Steven A. Stosur | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☑ Returned unexecuted:

  The defendants parents said defendant is their daughter and lives away at school. They would not give out any other information and said she is aware of this claim and has received letters about it.

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/11/2008      *[signature]*
            Date              *Signature of Server*

               27 N. Wacker Dr., #531, Chicago, IL 60606
               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.